No. 4350.

(Court of Appeal, Parish of Orleans.)

WM. CULLUMBER, TRUSTEE, VS. LEHMAN, STERN & CO.

Appeal from Civil District Court, Division "D."

Medlenka & Taylor and Titche & Rogers, for Plaintiff and Appellant.

Saunders & Gurley, for Defendant and Appellee.

DUFOUR, J. Considering the motion on file of appellant. It is ordered that the appeal herein taken be dismissed.